IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER MONTGOMERY, JR.                                                PETITIONER
Reg #24134-009

Civil Case No. 2:10CV00114 SWW-JTK

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 16th day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE