IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER MONTGOMERY, JR.                                    PETITIONER
Reg #24134-009

Civil Case No. 2:10CV00114 SWW-JTK

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                    RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 16th day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE